**Michelle N. ALLEN, Plaintiff–Appellant**

v.

**NEVIN WATERS, D.D.S., PC; Reachout Healthcare America, Defendants–Appellees.**

**No. 12–2426.**

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 29, 2013.

Michelle N. Allen, St. Louis, MO, pro se.

Karen J. Halbrook, Adam M. Siebers, The Halbrook Law Firm, Prairie Village, KS, for Defendants–Appellees.

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Michelle Allen appeals the district court's[1] order enforcing a settlement agreement between her and appellees Nevin Waters, D.D.S., PC and Reachout Healthcare America. Upon careful review, *see Chaganti & Assocs., P.C. v. Nowotny*, 470 F.3d 1215, 1221 (8th Cir.2006) (standard of review), we conclude that the district court did not clearly err in finding that the parties voluntarily entered into an

1. The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.

enforceable settlement agreement. Accordingly, we affirm. *See* 8th Cir. R. 47B.